IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 08-cv-02686-MSK-CBS

UNIVERSAL DRILLING CO., INC.,
JACK J. GRYNBERG, and
GRYNBERG OIL COMPANY,

      Plaintiffs,

v.

NEWPARK DRILLING FLUIDS, LLC,

      Defendant and Counterclaim Plaintiff,

v.

UNIVERSAL DRILLING COMPANY, INC.,

      Counterclaim Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

      IT IS HEREBY ORDERED that Defendant's Unopposed Motion for Leave to File Its First Amended Answer and Original Counterclaim *(doc. # 15)* is GRANTED. Defendant's First Amended Answer and Counterclaim *(doc no. 15-2)*, tendered to the court on April 17, 2009, is accepted for filing as of the date of this order.

**DATED:**    April 21, 2009